

**CORPORATION SERVICE COMPANY**

## Notice of Service of Process

BHY / ALL
Transmittal Number: 10817926
Date Processed: 02/07/2013

| | |
|---|---|
| Primary Contact: | Nancy Rust<br>LCA-VISION, INC.<br>7840 Montgomery Road<br>Cincinnati, OH 45236 |
| Copy of transmittal only provided to: | Mary Brice<br>Donn Kremmel |
| Entity: | LCA-Vision Inc.<br>Entity ID Number 1848227 |
| Entity Served: | LCA-Vision, Inc. |
| Title of Action: | Sheri Brooks vs. LCA-Vision, Inc. |
| Document(s) Type: | Summons/Complaint |
| Nature of Action: | Discrimination |
| Court/Agency: | Multnomah County Circuit Court, Oregon |
| Case/Reference No: | 130201589 |
| Jurisdiction Served: | Oregon |
| Date Served on CSC: | 02/06/2013 |
| Answer or Appearance Due: | 30 Days |
| Originally Served On: | CSC |
| How Served: | Personal Service |
| Sender Information: | Richard C. Busse<br>503-248-0504 |

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the documents and taking appropriate action.

To avoid potential delay, please do not send your response to CSC
*CSC is SAS70 Type II certified for its Litigation Management System.*
2711 Centerville Road  Wilmington, DE 19808  (888) 690-2882  |  sop@cscinfo.com

Exhibit _A_ / Page _1_

# In the Circuit Court of the State of Oregon

For the County of Multnomah

SHERI BROOKS,

............................................................................ Plaintiff(s),

vs.

LCA-VISION, INC., a Delaware corporation,

............................................................................ Defendant(s):

Case No. 1302-01589

SUMMONS

To  CORPORATION SERVICE COMPANY
285 Liberty Street NE
Salem, OR 97301
Registered Agent for LCA-Vision, Inc. ............................... Defendant

You are hereby required to appear and defend the complaint filed against you in the above entitled action within thirty (30) days from the date of service of this summons upon you, and in case of your failure to do so, for want thereof, plaintiff(s) will apply to the court for the relief demanded in the complaint.

**NOTICE TO THE DEFENDANT: READ THESE PAPERS CAREFULLY!**

You must "appear" in this case or the other side will win automatically. To "appear" you must file with the court a legal document called a "motion" or "answer." The "motion" or "answer" must be given to the court clerk or administrator within 30 days along with the required filing fee. It must be in proper form and have proof of service on the plaintiff's attorney or, if the plaintiff does not have an attorney, proof of service upon the plaintiff.

If you have any questions, you should see an attorney immediately. If you need help in finding an attorney, you may contact the Oregon State Bar's Lawyer Referral Service online at www.oregonstatebar.org or by calling (503) 684-3763 (in the Portland metropolitan area) or toll-free elsewhere in Oregon at (800) 452-7636.

SIGNATURE OF ☒ ATTORNEY ☐ AUTHOR FOR PLAINTIFF

Richard C. Busse, OSB #74050
ATTORNEY'S / AUTHOR'S NAME (TYPED OR PRINTED)    BAR NO. (IF ANY)

621 S.W. Morrison Street, Suite 521
ADDRESS

Portland, Oregon   97205   (503) 248-0504
CITY        STATE     ZIP      PHONE

(503)248-2131   rbusse@busseandhunt.com
FAX (IF ANY)           ATTORNEY'S E-MAIL ADDRESS (IF ANY)

TRIAL ATTORNEY IF OTHER THAN ABOVE (TYPED OR PRINTED)    BAR NO.

TO THE OFFICER OR OTHER PERSON SERVING THIS SUMMONS: You are hereby directed to serve a true copy of this summons, together with a true copy of the complaint mentioned therein, upon the individual(s) or other legal entity(ies) to whom or which this summons is directed, and to make your proof of service on the reverse hereof or upon a separate similar document which you shall attach hereto.

ATTORNEY(S) FOR PLAINTIFF(S)

According to ORCP 7A, "a true copy of a summons and complaint" means an exact and complete copy of the original documents. No signed certification to that effect is necessary.

FORM No. 190 – SUMMONS
© 1985-2011 Stevens-Ness Law Publishing Co.
Portland, OR www.stevensness.com    BB

Page 1 – SUMMONS.

*NO PART OF ANY STEVENS-NESS FORM MAY BE REPRODUCED IN ANY FORM OR BY ANY ELECTRONIC OR MECHANICAL MEANS.

Exhibit A / Page 2

## PROOF OF SERVICE

STATE OF _____, County of _____) ss.

    I hereby certify that I made service of the foregoing summons upon the individuals and other legal entities to be served, named below, by delivering or leaving true copies of the summons and the complaint mentioned therein, certified to be such by the attorney for the plaintiff, as follows:

### Personal Service Upon Individual(s)

Upon _____, by delivering such true copies to _____, personally and in person, at _____, on _____, at _____ o'clock ___ .M.

Upon _____, by delivering such true copies to _____, personally and in person, at _____, on _____, at _____ o'clock ___ .M.

### Substituted Service Upon Individual(s)*

Upon _____, by delivering such true copies at his/her dwelling house or usual place of abode, to-wit: _____, to _____, who is a person 14 years of age or older and a member of the household of the person served on _____, at _____ o'clock ___ .M.

Upon _____, by delivering such true copies at his/her dwelling house or usual place of abode, to-wit: _____, to _____, who is a person 14 years of age or older and a member of the household of the person served on _____, at _____ o'clock ___ .M.

### Office Service Upon Individual(s)*

Upon _____, at the office which he/she maintains for the conduct of business at _____, by leaving such true copies with _____, the person who is apparently in charge, on _____, during normal working hours, at _____ o'clock, ___ .M.

### Mail Service Upon Individual(s)**

Upon _____; by mailing such true copies to him/her by first class mail and ALSO by (check one): ☐ certified or registered mail with return receipt requested ☐ express mail.

### Service Upon Tenant(s) of a Mail Agent***

Upon _____, by delivering such true copies to _____, a person apparently in charge of _____, which is the place where the mail agent receives mail for the tenant(s), its address being _____, on _____, at _____ o'clock, ___ .M. Prior to effecting such service, I made diligent inquiry but could not find the tenant(s) so served.

### Service on Corporations, Limited Liability Companies, Limited Partnerships, General and Limited Liability Partnerships or Unincorporated Associations

Upon _____, by
    (NAME OF CORPORATION, LIMITED LIABILITY COMPANY, ETC.)

(a) delivering such true copies, personally and in person, to _____ who is a/the _____ (Specify registered agent, officer (by title), managing member, general partner, etc.) thereof; OR

(b) leaving such true copies with _____, the person who is apparently in charge of the office of _____, who is a/the _____
(Specify registered agent, officer (by title) director, general partner, managing agent, etc.) thereof;

at _____, on _____, at _____ o'clock ___ .M.

Dated _____

_____
                  Sheriff

By _____
                  Deputy

I further certify that I am a competent person 18 years of age or older and a resident of the state of service or the State of Oregon, and that I am not a party to nor an officer, director or employee of, nor attorney for any party, corporate or otherwise; that the person, firm or corporation served by me is the identical person, firm or corporation named in the action.

Dated _____

_____
SIGNATURE

_____
TYPE OR PRINT NAME

_____
ADDRESS

_____
CITY    STATE    ZIP    PHONE

* The signature lines on the left should be used only by an Oregon county sheriff or deputy. All other servers should complete the certification on the right. The Proof of Service above contains most, but not all, of the permissible methods of service. For example, this form does not include proof of service upon a minor or incompetent person. See ORCP 7 D for permissible service methods with respect to particular parties.

*Where substituted or office service is used, the plaintiff, as soon as reasonably possible, shall cause to be mailed, by first class mail, true copies of the summons and the complaint to the defendant at defendant's dwelling house or usual place of abode, together with a statement of the date, time and place at which such service was made. Use S-N Form No. 1149, Notice of Substituted or Office Service, or the equivalent.

**Service by mail may be made when required or allowed by ORCP 7 or by statute, except as otherwise permitted. If the summons and complaint are mailed, this certification may be made either by the person completing the mailing or by the attorney for any party, stating the circumstances of mailing and including the return receipt as an attachment. An attorney completing the mailing should delete ", nor attorney for" from the last paragraph of this document. Failure to serve a summons in accordance with ORCP 7 and other applicable rules and statutes may affect or nullify the validity of such service.

***Where service upon a tenant of a mail agent is used, the plaintiff, as soon as reasonably possible, shall cause to be mailed, by first class mail, true copies of the summons and the complaint to the defendant(s) at the address at which the mail agent receives mail for the defendant(s) and to any other mailing address of the defendant(s) then known to the plaintiff, together with a statement of the date, time, and place at which delivery was made.

Page 2 – SUMMONS.


Exhibit A / Page 3

IN THE CIRCUIT COURT OF THE STATE OF OREGON

FOR THE COUNTY OF MULTNOMAH

| | |
|---|---|
| SHERI BROOKS<br><br>Plaintiff,<br><br>v.<br><br>LCA-VISION, INC., a Delaware corporation,<br>Defendant. | Case No. 1302 01 589<br><br>COMPLAINT<br>(Wrongful Discharge; Sex Discrimination/Retaliation)<br><br>CLAIMS NOT SUBJECT TO MANDATORY ARBITRATION<br><br>Prayer Amount: $500,000 |

Plaintiff alleges:

**FIRST CLAIM FOR RELIEF**

(Wrongful Discharge)

1.

Plaintiff is a female resident of the State of Oregon.

2.

Defendant LCA-Vision, Inc. is a Delaware corporation doing business in Oregon. Defendant at all material times acted through its agents and employees, who at all material times acted within the course and scope of their agency and employment for Defendant.

////

////

Page 1 - COMPLAINT

3.

Plaintiff was employed by Defendant from October 2011 until on or about January 17, 2013, when Defendant terminated her employment.

4.

Prior to Plaintiff's termination, Plaintiff reported to Defendant's Human Resources Department what she believed in good faith to be gender discrimination in the treatment she was receiving from her supervisor, Regional Manager Dave Williams.

5.

Plaintiff was terminated by Defendant in substantial part in retaliation for reporting gender discrimination.

6.

As a result of said termination Plaintiff has suffered and will suffer economic loss in a sum to be proven at trial, which sum is alleged to be $250,000.

7.

As a further result of said termination Plaintiff has suffered and will suffer emotional distress and injury to reputation in a sum to be proven at trial, which sum is alleged to be $250,000.

8.

Defendant's acts were malicious and/or reckless and Plaintiff reserves the right to allege punitive damages.

////

////

Page 2 - COMPLAINT

BUSSE & HUNT
*Attorneys at Law*
521 AMERICAN BANK BUILDING
621 S.W. MORRISON STREET
PORTLAND, OREGON 97205
TELEPHONE: (503) 248-0504

Exhibit A / Page 5

## SECOND CLAIM FOR RELIEF

(Sex Discrimination/Retaliation - ORS chapter 659A)

9.

Plaintiff realleges paragraphs 1 through 8.

10.

Defendant discriminated and/or retaliated against Plaintiff by terminating her in substantial part because of her gender and/or because she had reported gender discrimination.

11.

Plaintiff is entitled to an award of reasonable attorneys' and expert witness fees pursuant to ORS 659A.885 and 20.107, respectively.

WHEREFORE, Plaintiff prays for judgment as alleged in the claims stated above.

DATED this 1st day of February, 2013.

BUSSE & HUNT

RICHARD C. BUSSE, OSB #74050
Telephone: (503) 248-0504
Facsimile: (503) 248-2131
rbusse@busseandhunt.com
Of Attorneys for Plaintiff Sheri Brooks

TRIAL ATTORNEY:
RICHARD C. BUSSE, OSB #74050

P:\WPDOCS\BROOKS\Complaint.wpd

Page 3 - COMPLAINT

BUSSE & HUNT
Attorneys at Law
521 AMERICAN BANK BUILDING
621 S.W. MORRISON STREET
PORTLAND, OREGON 97205
TELEPHONE: (503) 248-0504

Exhibit A / Page 6

IN THE CIRCUIT COURT OF THE STATE OF OREGON

FOR THE COUNTY OF MULTNOMAH

| | |
|---|---|
| SHERI BROOKS,<br><br>        Plaintiff,<br><br>        v.<br><br>LCA-VISION, INC., a Delaware corporation,<br><br>        Defendant. | Case No. 1302-01589<br><br>PLAINTIFF'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS |

To:    **Defendant and Its Attorneys:**

Pursuant to ORCP 36B and ORCP 43, Plaintiff requests that Defendant produce the documents and tangible things described below for inspection and copying:

## DEFINITIONS

A.    As used herein, "document(s)" refers to original papers, tapes, disks, or other substances on which communications, data, or information is recorded or stored, whether made by manual, mechanical, photographic or electronic process. This definition includes, but is not limited to, all drafts or superseded revisions of each document(s), and e-mail messages, and backup tapes and deleted records of e-mail messages.

B.    As used herein, "document(s)" includes, but is not limited to: letters, memoranda, notes, papers of any kind or character, pamphlets, brochures, books, ledgers,

Page 1 - PL'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS

BUSSE & HUNT
*Attorneys at Law*
521 AMERICAN BANK BUILDING
621 S.W. MORRISON STREET
PORTLAND, OREGON 97205
TELEPHONE: (503) 248-0504

Exhibit A / Page 7

reports, receipts, invoices, bills, checks, purchase orders, contracts, agreements, evidence of indebtedness, schedules, calendars, diaries, minutes of meetings, and computer input or printouts.

C. As used herein, and unless otherwise specifically stated herein, "Defendant" include, but are not limited to: **LCA-Vision, Inc.**, and all parent corporations and successors in interest of Defendant, and any and all present or former officers, directors, agents, employees, and all other persons, firms and corporations, acting or purporting to act on behalf of Defendant.

## TIME AND PLACE

The documents and tangible things requested herein shall be produced within forty-five (45) days of service of this request at Busse & Hunt, 521 American Bank Building, 621 SW Morrison Street, Portland, Oregon 97205, or at such other time and place as may be agreed upon by the parties in the interim.

## DOCUMENTS AND TANGIBLE THINGS REQUESTED

**REQUEST NO. 1:** Plaintiff's personnel file or files wherever and by whomever maintained.

**REQUEST NO. 2:** Any documents pertaining to Plaintiff's employment, conversations with Human Resources, complaint of discrimination, performance, and/or termination, whether or not contained in a personnel file, including, but not limited to, any supervisor or Human Resources note, e-mail, memorandum or file; and any documents concerning any praise of or complaint about Plaintiff's performance.

Page 2 - PL'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS
BUSSE & HUNT
Attorneys at Law
521 AMERICAN BANK BUILDING
621 S.W. MORRISON STREET
PORTLAND, OREGON 97205
TELEPHONE: (503) 248-0504

Exhibit A / Page 8

**REQUEST NO. 3:** Any documents, notes, memos, reports or witness statements relative to any investigation conducted concerning Plaintiff, Plaintiff's work performance, or any complaint made by Plaintiff about her supervisor.

**REQUEST NO. 4:** Any documents concerning the yield for the Center's at which Plaintiff worked, for each month in 2011, 2012 and 2013.

**REQUEST NO. 5:** Any documents that pertain to whether doctors were closing charts properly in 2012 or 2013.

**REQUEST NO. 6:** Any documents that would reflect if Plaintiff and others were putting charts into computers as requested by her supervisor in 2012 or 2013.

**REQUEST NO. 7:** Any work rules or performance standards which applied to Plaintiff at any time during employment.

**REQUEST NO. 8:** Any training materials which were supplied to Plaintiff, or to Plaintiff's supervisor as to the training Plaintiff should receive or the counseling or corrective action which should be given in the event of any perceived deficiency in Plaintiff's performance.

**REQUEST NO. 9:** Any personnel rules or regulations that applied to Plaintiff, whether given to Plaintiff directly, or given to Plaintiff's supervisor or manager to apply.

**REQUEST NO. 10:** Any employee handbook or manual which was given to Plaintiff at any time during employment, including any revisions thereto.

**REQUEST NO. 11:** Any record concerning the amount of salary and fringe benefits Plaintiff was to receive any time during employment.

Page 3 - PL'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS
BUSSE & HUNT
Attorneys at Law
521 AMERICAN BANK BUILDING
621 S.W. MORRISON STREET
PORTLAND, OREGON 97205
TELEPHONE: (503) 248-0504

Exhibit A / Page 9

**REQUEST NO. 12:** Any documents Defendant believe relate to any asserted poor performance by Plaintiff.

**REQUEST NO. 13:** The personnel file of Plaintiff's successor.

**REQUEST NO. 14:** The most recent federal income tax return and financial statement for Defendant.

**REQUEST NO. 15:** Any liability insurance policy which may provide any coverage whatsoever to Defendant for any claim asserted in the operative Complaint, including the policy declarations and binder.

**REQUEST NO. 16:** All documents pertaining in any way to any agreement, promise, request, or demand that Defendant or its insurance carrier(s) pay or be required to pay any sum in contribution to defense costs for Defendant.

**REQUEST NO. 17:** All documents pertaining in any way to the conditions under which Defendant is being provided a defense by any entity or individual, including without limitation all documents stating or referring to a "reservation of rights."

**REQUEST NO. 18:** Any document that Defendant believes supports any of its defenses.

## PROCEDURE

A.  Produce all documents in your possession, custody or control. If you are unable to produce any document requested, state the location of the document and the name of the person or organization in possession of the document.

////

Page 4 - PL'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS

BUSSE & HUNT
*Attorneys at Law*
521 AMERICAN BANK BUILDING
621 S.W. MORRISON STREET
PORTLAND, OREGON 97205
TELEPHONE: (503) 248-0504

Exhibit A / Page 10